UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
    Plaintiff,

v.

NEW YORK CITY TRANSIT AUTHORITY,
    Defendant.

Civil Action No. 04 CV 4237 (SLT) (MDG)

---

### PLAINTIFF UNITED STATES' UNOPPOSED MOTION TO APPROVE AND ENTER SETTLEMENT AGREEMENT

Plaintiff United States of America moves the Court for approval and entry of the Settlement Agreement ("Agreement") to resolve the above-captioned case. Defendant New York City Transit Authority does not oppose this motion. The United States is submitting a memorandum in support of this motion, as well as the signed Agreement.

After engaging in extensive settlement discussions, and to avoid the burdens of contested litigation, the parties have entered into the negotiated Agreement. The terms of the Agreement are lawful, fair, reasonable, adequate and consistent with the public interest. If approved by the Court, the Agreement resolves all claims raised by the United States in the above-captioned action, and would be in the interest of justice.

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

BY: *[signature]*

Delora Kennebrew, Chief
(GA 414320)

*/s/ Louis Lopez*

Louis Lopez, Deputy Chief
(DC Bar No. 461662)
Shayna M. Bloom, Trial Attorney
(DC Bar No. 498105)
Woody Anglade, Trial Attorney
(N.J. Bar No. 02270-2000)
Alicia D. Johnson, Trial Attorney
(DC Bar No. 494032)
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, NW
PHB Room 4906
Washington, DC  20530
Telephone:  (202) 305-4349
Facsimile:  (202) 514-1005

*Attorneys for Plaintiff*